|  |  |  |
|---|---|---|
| **Frank Young, et al.** | : | UNITED STATES DISTRICT COURT |
| | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : | |
| | : | Hon. Peter G. Sheridan |
| -vs- | : | Civil Action No. 05-964 (PGS) |
| | : | |
| **Frigidaire Company, et al.** | : | FINAL PRETRIAL |
| | : | <u>SCHEDULING ORDER</u> |
| Defendant(s). | : | |

**IT IS on this 11th day of October, 2007**

**ORDERED THAT:**

1. A Final Pretrial Conference shall be conducted pursuant to Civil Rule 16(d) on **<u>Thursday, January 17, 2008 at 2:00 p.m.</u>** before the undersigned at the U.S. District Court, 50 Walnut Street, Newark, New Jersey on the Second Floor in Courtroom 2D.

2. The parties shall submit their joint final pretrial order to the Court no later than **<u>Monday, January 7, 2008.</u>**

s/ Esther Salas  
**Esther Salas**  
**United States Magistrate Judge**