March 31, 2008

Clerk's Office
United States District Court
District of New Jersey
Martin Luther King, Jr., Federal Bldg
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: Young, et als. v. Frigidaire, et als.
         Civil Case No.:  2:05cv-964
         Our File No.: 03/233

Dear Sir /Madam:

  Enclosed, please find plaintiff's Brief in opposition to Defendant's Motion to Preclude; Brief in Opposition to Defendant's Motion for Partial Summary Judgment; Certification of Exhibits; and Certification of Service.

         Very truly yours,

         **LAW OFFICES OF FRANK J. ZAZZARO**
         **/s/ BRIDGET SARO**

         **BY:**  **BRIDGET SARO**

cc:  David Osterman, Esq.