**GOLDBERG SEGALLA LLP**
301 Carnegie Center Drive, Suite 101
Princeton, New Jersey 08540
(609) 986-1300
Attorneys for Defendant,
Electrolux Home Products, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK YOUNG, by Natural Father and Administrator Ad Prosequendum of the ESTATE OF DASHAWN TAHREE YOUNG, and FRANK YOUNG, individually<br>　　　Plaintiffs,<br>　vs.<br><br>FRIGIDAIRE COMPANY, ELECTROLUX, WHITE CONSOLIDATED INDUSTRIES, JOHN DOE 1-10 (fictitious names), ABC CORP, 1-10 (fictitious names), PETER POE 1-10 (fictitious names) AND XYZ CORP. 1-10 (fictitious names),<br><br>　　　Defendants. | Civil Action No.: 2:05-cv-00964 (PGS-ES)<br><br>**CIVIL ACTION**<br><br>**AFFIDAVIT OF DAVID S. OSTERMAN IN SUPPORT OF MOTION IN LIMINE TO BAR INTRODUCTION OF THE PRIOR CLAIMS EVIDENCE AND PRECLUDE PLAINTIFF FROM CALLING DEFENDANT'S COUNSEL, H.E. BUCKLES, ESQ. AS A WITNESS** |

STATE OF NEW JERSEY )
　　　　　　　　　　　: SS
COUNTY OF MERCER　　)

I, David S. Osterman, of full age, under oath, hereby deposes and says:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of Goldberg Segalla LLP, attorneys for Defendant Electrolux Home Products, Inc. ("Electrolux"). I am familiar with the facts and circumstances of this action based upon my personal knowledge

6875.1

and from my review of the records and files maintained by my office.

2. I submit this affidavit in support of Electrolux' Motion In Limine to Bar Introduction of the Prior Claims Evidence and to Preclude Plaintiff from Calling Defendant's Counsel, H.E. Buckles, Esq. as a Witness.

3. Attached hereto as Exhibit A is a true and correct copy of the document listed on plaintiff's Exhibit List contained in the Pretrial Order identified as document number 9, June 19, 2001 and October 31, 2001 letter from counsel White Consolidated Industries, General Counsel, E.H. Buckles to Consumer Product Safety Commission regarding Amber Newcomb case.

4. Attached hereto as Exhibit B is a true and correct copy of the document listed on plaintiff's Exhibit List contained in the Pretrial Order identified as document number 10, Consumer Product Safety Commission Epidemiological Report Relative to Amber Newcomb.

_____
DAVID S. OSTERMAN

Sworn to before me this
28th day of May, 2008

_____
Notary Public

DIANE KERLEY
NOTARY PUBLIC OF NEW JERSEY
6875... Commission Expires 8/17/2011