# EXHIBIT B

| 1. CASE NO. 980716CCC6909 | 2. INVESTIGATOR ID  8232 | 3. OFFICE CODE 860 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|
| 4. DATE OF INCIDENT 980621 | 5. DATE INITIATED 980722 | | |

A nine year old female's arm was partially severed after it became entangled in towels that she loaded into a washing machine. The washing machine apparently was operating on the first agitation cycle and the action of the agitator machine broke both bones in the victim's forearm and caused the ends of the bone to cut the surrounding tissue. The victim was transported to a local hospital and airlifted to an urban trauma center. Six surgeries performed to save the victim's arm were unsuccessful and the arm was amputated below the elbow. The victim also suffered complications from tissue graft removed from her leg and was still hospitalized one month after the event.

| 7. LOCATION home  1 | 8. CITY Central Point | 9. STATE Oregon  OR |
|---|---|---|
| 10A. FIRST PRODUCT washing machine  0126 | 10B. TRADE/BRAND NAME Frigidaire | 10C. MODEL NUMBER Model: MWX233RES1  Serial: XC75149901 |

10D. MANUFACTURER NAME AND ADDRESS
Frigidaire
POB 718, Dublin, OH 43017

| 11A. SECOND PRODUCT towels  0666 | 11B. TRADE/BRAND NAME unknown | 11C. MODEL NUMBER unknown |
|---|---|---|

11D. MANUFACTURER NAME AND ADDRESS

unknown

| 12. AGE OF VICTIM 009 | 13. SEX 02 female | 14. DISPOSITION 4 admitted | 15. INJURY DIAGNOSIS amputation 50 | |
|---|---|---|---|---|
| 16. BODY PART 33 lower arm | 17. RESPONDENT 03 attorney | 18. TYPE INVESTIGATION 03  other | | 19. TIME SPENT 14.0 hr |
| 20. CATEGORY SECT J 1998 | 21. CASE SOURCE hot line  07 H9870133A | 22. SAMPLE COLLECTION NUMBER none | | |
| 23. PERMISSION TO DISCLOSE NAME S(NON-NEISS CASES ONLY) | | | YES: | NO XX |
| 24. REVIEW DATE | 25. REVIEW BY 8101 | 26. REGIONAL OFFICE DIRECTOR | | |

27. DISTRIBUTION

CPSC FORM NO. 182 (12/96) Approved for use through 5/31/2000 OMB No.30410029

980716CCC6909

The respondent was the victim's family attorney.

Pre-Event

The victim was a healthy normal 9 year old female who lived with her parents and younger siblings. The respondent said that the victim was bright and helped her parents with household chores. The respondent said that helping with the family laundry was one of the victim's routine chores.

The respondent said that the family was preparing for a Father's Day outing at a lake. The respondent said that they decided to wash a load of towels before they left. The respondent said that a load of towels was placed in the washing machine and the washing machine was started. The respondent said that the victim found a couple of extra towels proceeded to add the towels to the washing machine.

Event

The respondent said that the victim placed the extra towels in the washing machine. The respondent said that exact scenario was not known at this time. The respondent said that the washing machine may have just completed filling with water and started agitating as the victim loaded the towels, or the washing machine may been running in the first agitation cycle when the victim loaded the extra towels.

The respondent said that the victim's forearm apparently became entangled in the towels as the towels were pulled into the agitator of the washing machine. The respondent said that the motion of the agitator broke both of the bones in the victim's forearm. The respondent said that the victim was unable to free

herself and the motion of the agitator caused the ends of the broken bones to cut the surrounding tissue until the victim's arm was almost completely severed.

980716CCC6909

The respondent said that the victim screamed for help as the event occurred. The respondent said that the victims's father came to her assistance. The respondent said that the father unplugged the washer power cord and freed the victim. The respondent said that the family called for emergency medical assistance.

Post Event

The respondent said that local emergency medical assistance arrived and treated the victim at the scene. The respondent said that the victim was transported by ambulance to a local hospital, examined and transported (approximately 275 miles) by helicopter to an urban trauma center. The respondent said that surgery was performed six times as part of an effort to save the victim's arm.

The respondent said that efforts to save the victim arm were unsuccessful. The respondent said that the victim's arm was amputated below the elbow. The respondent said that the victim suffered complications from the graft surgery and was unable to walk one month after the event. The respondent said that the victim was transferred from the urban hospital to a rehabilitation ward in a hospital closer to her home.

The victim's family retained the services of an attorney. The attorney contacted CPSC and shared preliminary information about the event. The attorney said that the family was still recovering from the event and requested that CPSC staff not contact the family directly. The respondent furnished a preliminary medical report. The respondent offered to provide

additional medical information when the information is received from the hospitals.

*First Product Identification*

Manufacturer:   Frigidaire
                P.O. Box 7181
                Dublin, OH 43017

Model:   MWX233RES1
Serial:  XC75149901

The product identification information was provided by the respondent. The respondent said that the washer was a top loading automatic washer which was purchased new approximately three months before the event. The respondent said that the washer is in the possession of a forensic engineer at this time. The washer was not available for CPSC examination at the writing of this report. Copies of the respondent's photographs, the washer manual and related documents are attached to this report as exhibits.

*Second Product Identification*

The respondent said that the towels were ordinary bath towels. No specific product identification was available. The forensic engineer has possession of the towels. The towels were not available for examination at the writing of this report.

*Standards Information*

No standards information was available.

*Attachments*

Exhibit # 1:   Emergency Medical Services Report
Exhibit # 2:   Product Registration Card
Exhibit # 3:   Operating Instructions



CT 11 2001 10:31 FR WCI LEGAL DEPT    216 898 2340 TO 913013040033

Exhibit # 4:  Owners Guide
Exhibit # 5:  Installation Instructions
Exhibit # 6:  Photographs